UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

FRANCISCO CAMACHO and
EVELYN CAMACHO

                    Plaintiff,

                                                            **Affirmation of Service**

        -against-
                                                            Index No: 07-CV-5581


THE CITY OF NEW YORK, NEW YORK CITY
POLICE OFFICER SANTOS 83rd precinct,
POLICE OFFICER JOHN BARTEK shield # 29956,
POLICE OFFICER BLAINE HENNIG shield # 15888,
POLICE OFFICERS JOHN/JANE DOE(S) #'s1-2,

                    Defendants.
--------------------------------------------------------------------------X

        Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of
eighteen and am not a party to this action. I delivered one true copy of the Summons and
Complaint upon the defendant The City of New York, via its agent:

    Process Clerk #5
    Corporation Counsel for the City of New York
    100 Church Street, 4th Floor
    New York, New York 10007

    I delivered the above documents on June 13, 2007 at 1:30 p.m.

Dated:  **Brooklyn, NY**
        **June 13, 2007**

                                            David Zelman, Esq