```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANCISCO CAMACHO, *ET ANO*,          :     07 Civ. 5581 (SHS)

               Plaintiffs,    :

    -against-                         :     ORDER

THE CITY OF NEW YORK, *ET AL.*,       :

               Defendants.    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for defendants present, and no appearance on behalf of plaintiffs,

    IT IS HEREBY ORDERED that the conference is adjourned to September 17, 2007, at 9:30 a.m.

Dated: New York, New York
       September 7, 2007

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.