UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
FRANCISCO CAMACHO, ET ANO,           :        07 Civ. 5581 (SHS)

                Plaintiffs,          :

        -against-                    :        ORDER

THE CITY OF NEW YORK, ET AL.,        :

                Defendants.          :
```
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

SIDNEY H. STEIN, U.S. District Judge.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.     Defendants shall provide the names of the officers who they believe were involved in the alleged incident of October 12, 2006 on or before October 17, 2007;

       2.     Plaintiffs shall have until November 16, 2007 to amend the complaint to add additional defendants;

       3.     There will be a status conference on November 16, 2007, at 10:00 a.m.; and

       4.     The last day for completion of discovery is January 17, 2008.

Dated: New York, New York
       September 17, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.