UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANCISCO CAMACHO, *ET ANO*,       :

               Plaintiffs,       :

   -against-       :

THE CITY OF NEW YORK, *ET AL.*,       :

               :

               Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07
```

07 Civ. 5581 (SHS) (KNF)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:\*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**XX** Settlement\*

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: \_\_

All such motions: \_\_

Dated: New York, New York
      November 16, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

---

\* Do not check if already referred for general pretrial.