```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

FRANCISCO CAMACHO, *ET ANO*,          :        07 Civ. 5581 (SHS)

              Plaintiffs,            :

    -against-                              :        ORDER

THE CITY OF NEW YORK, *ET AL.*,        :

             Defendants.           :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that:

      1.      The last day for plaintiffs to serve the amended complaint is December 1, 2007;

      2.      Defendants' motion to dismiss the false arrest and malicious prosecution claims pursuant to Fed. R. Civ. P. Rule 12(c) is due on or before November 30, 2007;

      3.      Plaintiffs' opposition to the motion is due on or before December 14, 2007;

      4.      Plaintiffs' reply to their motion is due on or before December 21, 2007;

      5.      The last day for completion of fact discovery is February 15, 2008;

      6.      The next conference is scheduled for February 15, 2008, at 11:00 a.m.; and

7. Any discovery issues shall be brought to the attention of the Court far enough in advance so they may be adjudicated by the Court and discovery taken prior to the close of discovery on February 18, 2008.

Dated: New York, New York
       November 16, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.