UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

FRANCISCO CAMACHO and
EVELYN CAMACHO,

                                  Plaintiffs,

                    -against-

THE CITY OF NEW YORK, NEW YORK CITY,
POLICE OFFICER SANTOS, 83rd precinct,
POLICE OFFICER JOHN BARTEK shield # 29956,
POLICE OFFICER BLAINE HENNIG shield # 15888,
POLICE OFFICER ANDY URENA, shield # 7427,
POLICE OFFICER ABRAHAM ORTIZ 22342
POLICE OFFICER DWIGHT THOMAS, shield # 12846
POLICE SERGEANT KEITH HOWELL, shield # 3772
POLICE OFFICER GREGORY CHAVOUS, shield # 6660
POLICE OFFICER LOUIS MORSELLI, shield # 28587
POLICE OFFICER MICHAEL HARVEY, shield # 1830
POLICE OFFICERS JOHN/JANE DOE(S) #'s 1-5,

                                  Defendants.

------------------------------------------------------------------------x

**NOTICE OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

07 Civ. 5581 (SHS)

        **PLEASE TAKE NOTICE** that, upon the Declaration of Michael Chestnov dated November 30, 2007, and the exhibits annexed thereto, the memorandum of law dated November 30, 2007, and upon all prior pleadings and proceedings herein, defendants City of New York, Jose Santos (sued herein as "Police Officer Santos, 83rd Precinct"), John Bartek and Blaine Hennig (hereinafter the "City defendants") will move this Court before the Honorable Sidney H. Stein, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for dismissal of plaintiff Francisco Camacho's false arrest claim with prejudice, pursuant to Rule 12(c) and for such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Sidney H. Stein, United States District Judge, plaintiff's opposition papers, if any, should be served on the undersigned no later than December 14, 2007, and

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order of the Honorable Sidney H. Stein, United States District Judge, the City defendants' reply papers, if any, shall be served on plaintiff by December 21, 2007.

Dated:    New York, New York
          November 30, 2007

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                        City of New York
                                        Attorney for the City Defendants
                                        100 Church Street, Room 3-143
                                        New York, New York  10007
                                        (212) 788-0991

                                By:     /s
                                        Michael Chestnov
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

To:    David A. Zelman, Esq.
       Attorney for Plaintiff
       612 Eastern Parkway
       Brooklyn, NY 11225 (Via E.C.F. and First Class Mail)