```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FRANCISCO CAMACHO, *ET ANO*,          :    07 Civ. 5581 (SHS)
                                      :
                         Plaintiffs,  :    ORDER
                                      :
        -against-                     :
                                      :
THE CITY OF NEW YORK, *ET AL.*,       :
                                      :
                         Defendants.  :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of plaintiffs' letter dated January 2, 2008, and defendants' letter dated January 3, 2008. In these letters, the parties describe their conflicting recollections of two rulings the Court made at the November 16, 2007 pretrial conference. At that conference, the Court directed defendants to provide an affidavit only to the effect, if true, that the video cameras in the relevant section of Brooklyn Central Booking do not record. The Court also directed defendants to consult the Brooklyn Central Booking log book only to determine whether an "Officer Santos" was present during the relevant time period.

The last day for fact discovery remains February 15, 2008.

Dated: New York, New York
       January 23, 2008

                                            SO ORDERED:

                                            _____
                                            Sidney H. Stein, U.S.D.J.

1