UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCISCO CAMACHO, et al.,             :

        Plaintiffs,             :

        -against-             :        ORDER

THE CITY OF NEW YORK., et al.,             :        07 Civ. 5581 (SHS)(KNF)

        Defendants.             :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The settlement conference previously scheduled for February 20, 2008, shall be held on January 29, 2008, at 10:30 a.m., in Courtroom 20A, 500 Pearl Street, New York, New York.

Dated: New York, New York        SO ORDERED:
       January 25, 2008

                                                          *Kevin Nathaniel Fox*
                                                         KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE