02/01/2008  12:43   Received: 7186043074   Feb 1 2008 12:43pm DAVID A ZELMAN Fax:   PAGE 08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x

FRANCISCO CAMACHO and
EVELYN CAMACHO,

                        Plaintiffs,

-against-

THE CITY OF NEW YORK, NEW YORK CITY,
POLICE OFFICER SANTOS, 83rd precinct,
POLICE OFFICER JOHN BARTEK shield # 29956,
POLICE OFFICER BLAINE HENNIG shield # 15888,
POLICE OFFICER ANDY URENA, shield # 7427,
POLICE OFFICER ABRAHAM ORTIZ 22342
POLICE OFFICER DWIGHT THOMAS, shield # 12846
POLICE SERGEANT KEITH HOWELL, shield # 3772
POLICE OFFICER GREGORY CHAVOUS, shield # 6660
POLICE OFFICER LOUIS MORSELLI, shield # 28587
POLICE OFFICER MICHAEL HARVEY, shield # 1830
POLICE OFFICERS JOHN/JANE DOE(S) #'s 1-5,

                        Defendants.
--------------------------------------------------------------- x

STIPULATION AND ORDER
OF DISMISSAL

07 Civ. 5581 (SHS)

*[signature: Francisco Camacho]*

       WHEREAS, plaintiff Evelyn Camacho commenced this action by filing a complaint on or about June 11, 2007, alleging a loss of services or consortium, and

       WHEREAS, plaintiff Evelyn Camacho and the defendants desire to resolve the issues Evelyn Camacho raised in this matter without further proceedings and without admissions of fault or liability;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiff Evelyn Camacho and defendants as follows:

Received:
02/01/2008  12:43   7186043074

Feb 1 2008 12:43pm
DAVID A ZELMAN                           PAGE  09
Fax:                    Jan 31 2008 12:21pm P009/009

1. The claims in this action brought by Evelyn Camacho, are **DISMISSED WITH PREJUDICE**, without attorney's fees or costs to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Defendants' motion for judgment on the pleadings [28] is dismissed as moot.

Dated: New York, New York
       1/31, 2008

David A. Zelman, Esq.
Attorney for Plaintiff
612 Eastern Parkway
Brooklyn, NY 11225
(718) 604-3072

By: _____
    David A. Zelman, Esq.

    _____
    Evelyn Camacho, plaintiff

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-143
New York, New York 10007
(212) 788-0991

By: _____
    Michael Chestnov
    Assistant Corporation Counsel


SO ORDERED: 2/6/08

_____
Hon. Sidney H. Stein, U.S.D.J.